## Poluka, Appellant, *v.* Brady.

 Argued June 9, 1975. *James S. Palermo,* for appellant; *Howard Berman,* with him *Arthur Silverblatt,* for appellee.

Judgment affirmed.

## Priese et ux. *v.* Clement et ux., Appellants.

Argued June 11, 1975. *William D. March,* with him *Scallan, March, Berman and DelFra,* for appellants; *Rodger L. Mutzel,* with him *Kassab, Cherry & Archbold,* for appellees.

Order affirmed.